**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY GEROME YOUNG,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>JENNIFER BARRETTO, Warden,<br><br>　　　　　Respondent. | NO. CV 16-1519-E<br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 15, 2016.

　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　CHARLES F. EICK
　　　　　　　UNITED STATES MAGISTRATE JUDGE